Carey E. Matovich
Katherine S. Huso
MATOVICH, KELLER & MURPHY, P.C.
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT  59103-1098
Telephone: (406) 252-5500
Facsimile: (406) 252-4613
Email:    cmatovich@mkmfirm.com
          khuso@mkmfirm.com

*Attorneys for Natalia Potanina*


FILED
FEB 12 2014
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| In Re the Application of NATALIA POTANINA<br><br>For an Order to Take Discovery<br><br>Pursuant to 28 U.S.C. § 1782(a) | Cause No. MCV-14-01-BLG-CSO<br><br>**APPLICATION FOR DISCOVERY UNDER 28 U.S.C. § 1782** |

Applicant Natalia Potanina has been sued for divorce in the Presnensky District Magistrate Court of Moscow, Russia (the "Moscow Court").  Mrs. Potanina has initiated this Miscellaneous Proceeding in the United States District Court for the District of Montana for purposes of filing this Application, which seeks an *ex parte* Order pursuant to 28 U.S.C. § 1782, authorizing the issuance and service of a subpoena *ad testificandum* and *duces tecum*.  Mrs. Potanina seeks this

Application so that Mrs. Potanina may depose and serve document requests upon a company with its principal place of business in the District of Montana to obtain discovery regarding marital assets for potential use in the aforementioned divorce action.

In support of her Application, Mrs. Potanina relies on: (i) the Memorandum of Law filed concurrently herewith; (ii) the Declaration of Natalia Potanina in Support of Application under 28 U.S.C. § 1782(a); (iii) the Declaration of Larisa Ryabchenko of the Bar of Russia in support of such application; and (iv) the Declaration of Katherine S. Huso, attached hereto as Exhibit A.

For the reasons set forth more fully therein, Mrs. Potanina respectfully requests that this Court enter the Proposed Order attached hereto as Exhibit B, authorizing the undersigned attorneys to issue the proposed subpoena attached hereto as Exhibit C.

DATED this 12th day of February, 2014.

**MATOVICH, KELLER & MURPHY, P.C.**

By: *Katherine S Huso*
Carey E. Matovich
Katherine S. Huso
MATOVICH, KELLER & MURPHY, P.C.
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT 59103-1098
Telephone: (406) 252-5500

*Attorneys for Natalia Potanina*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2014, a copy of the foregoing was served on the following persons by the following means:

| | | | |
|---|---|---|---|
| _____ | CM/ECF | _____ | Fax |
| 1, 2 | Hand Deliver | _____ | E-Mail |
| _____ | Mail | _____ | Overnight Delivery services |

1. **Clerk, U.S. District Court**

2. **U.S. District Court Judge**

                            **MATOVICH, KELLER & MURPHY, P.C.**

                            By: _/s/ Katherine S. Huso_____
                                  Carey E. Matovich
                                  Katherine S. Huso
                                  MATOVICH, KELLER & MURPHY, P.C.

                                  *Attorneys for Natalia Potanina*