Carey E. Matovich
Katherine S. Huso
MATOVICH, KELLER & MURPHY, P.C.
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT  59103-1098
Telephone: (406) 252-5500
Facsimile: (406) 252-4613
Email:  cmatovich@mkmfirm.com
          khuso@mkmfirm.com

Karl Geercken
Amber Wessels-Yen
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email:  karl.geercken@alston.com
          amber.wessels-yen@alston.com

*Attorneys for Natalia Potanina*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| In Re the Application of NATALIA POTANINA<br><br>For an Order to Take Discovery<br><br>Pursuant to 28 U.S.C. § 1782(a) | Cause No.: CV 14-19-BLG-SPW<br><br>Judge: Susan P. Watters<br><br>**NOTICE OF ACKNOWLEDGMENT OF *PRO HAC VICE* ADMISSION OF AMBER WESSELS-YEN** |

NOTICE IS HEREBY GIVEN that AMBER WESSELS-YEN acknowledges her admission *pro hac vice* under the terms set forth in the Court's February 26, 2014 Order (Dkt. No. 10).

DATED this 3rd day of March, 2014.

        **ALSTON & BIRD LLP**

By: _____
        Amber Wessels-Yen
        ALSTON & BIRD LLP
        90 Park Avenue, 15th Floor
        New York, NY 10016-1387
        Telephone: (212) 210-9400
        amber.wessels-yen@alston.com

        **MATOVICH, KELLER & MURPHY, P.C.**

        Carey E. Matovich
        Katherine S. Huso
        MATOVICH, KELLER & MURPHY, P.C.
        2812 First Avenue North, Suite 225
        P.O. Box 1098
        Billings, MT  59103-1098
        Telephone: (406) 252-5500
        cmatovich@mkmfirm.com
        khuso@mkmfirm.com

        *Attorneys for Natalia Potanina*

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2014, a copy of the foregoing was served on the following persons by the following means:

| 1, 2 | CM/ECF | | Fax |
|---|---|---|---|
| | Hand Deliver | | E-Mail |
| | Mail | | Overnight Delivery services |

**1.      Clerk, U.S. District Court**

**Attorneys for Stillwater Mining Company**
**2.**     Jason S. Ritchie
         Michael P. Manning
         HOLLAND & HART, LLP
         401 North 31st Street, Suite 1500
         P.O. Box 639
         Billings, MT  59103-0639
         Telephone: (406) 252-2166
         jritchie@hollandhart.com
         mpmanning@hollandhart.com

                              **MATOVICH, KELLER & MURPHY, P.C.**

                        By:  /s/ Carey E. Matovich
                              Carey E. Matovich
                              Katherine S. Huso
                              MATOVICH, KELLER & MURPHY, P.C.

                        *Attorneys for Natalia Potanina*