Carey E. Matovich
Katherine S. Huso
MATOVICH, KELLER & MURPHY, P.C.
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT  59103-1098
Telephone: (406) 252-5500
Facsimile: (406) 252-4613
Email:  cmatovich@mkmfirm.com
           khuso@mkmfirm.com

Karl Geercken
Amber Wessels-Yen
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email:  karl.geercken@alston.com
           amber.wessels-yen@alston.com


*Attorneys for Natalia Potanina*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| In Re the Application of NATALIA POTANINA | Cause No.: CV 14-19-BLG-SPW |
| | Judge: Susan P. Watters |
| For an Order to Take Discovery | |
| | **NOTICE OF ACKNOWLEDGMENT OF *PRO HAC VICE* ADMISSION OF KARL GEERCKEN** |
| Pursuant to 28 U.S.C. § 1782(a) | |

NOTICE IS HEREBY GIVEN that KARL GEERCKEN acknowledges his admission *pro hac vice* under the terms set forth in the Court's March 4, 2014 Order (Dkt. No. 19).

DATED this 12th day of March, 2014.

ALSTON & BIRD LLP

By: _____
Karl Geercken
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9400
karl.geercken@alston.com

MATOVICH, KELLER & MURPHY, P.C.

Carey E. Matovich
Katherine S. Huso
MATOVICH, KELLER & MURPHY, P.C.
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT 59103-1098
Telephone: (406) 252-5500
cmatovich@mkmfirm.com
khuso@mkmfirm.com

*Attorneys for Natalia Potanina*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2014, a copy of the foregoing was served on the following persons by the following means:

| | | | |
|---|---|---|---|
| 1, 2 | CM/ECF | _____ | Fax |
| _____ | Hand Deliver | _____ | E-Mail |
| _____ | Mail | _____ | Overnight Delivery services |

**1.    Clerk, U.S. District Court**

**Attorneys for Stillwater Mining Company**
**2.**   Jason S. Ritchie
       Michael P. Manning
       HOLLAND & HART, LLP
       401 North 31st Street, Suite 1500
       P.O. Box 639
       Billings, MT  59103-0639
       Telephone: (406) 252-2166
       jritchie@hollandhart.com
       mpmanning@hollandhart.com

                              **MATOVICH, KELLER & MURPHY, P.C.**

                     By:  /s/ Carey E. Matovich
                          Carey E. Matovich
                          Katherine S. Huso
                          MATOVICH, KELLER & MURPHY, P.C.

                     *Attorneys for Natalia Potanina*