

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| In re the Application of NATALIA POTANINA,<br><br>For an Order to Take Discovery<br><br>Pursuant to 28 U.S.C. § 1782(a) | No. CV-14-19-BLG-SPW<br><br>**ORDER GRANTING STILLWATER MINING COMPANY'S UNOPPOSED MOTION (1) FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION AND (2) TO EXTEND PETITIONER'S RESPONSE DATE** |

Stillwater Mining Company (Stillwater) having filed an Unopposed Motion (1) for Leave to File Supplemental Submission and (2) to Extend Petitioner's Response Date, and good cause appearing therefor,

IT IS HEREBY ORDERED that Stillwater's motion is GRANTED and that Stillwater may file the Supplemental Submission attached as Exhibit A to its unopposed motion. The deadline for the filing and serving of Petitioner's papers in opposition to Respondent's submission filed and served on Tuesday, March 4, 2014, is hereby extended from Tuesday March 18, 2014, to and including Friday March 21, 2014. Stillwater's deadline to file its reply brief shall be calculated per Local Rule 7.1(d)(1)(C).

Dated this 14th day of March, 2014.

*Susan P. Watters*
Susan P. Watters
United States District Court Judge

6729612_1