Carey E. Matovich
Katherine S. Huso
MATOVICH, KELLER & MURPHY, P.C.
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT 59103-1098
Telephone: (406) 252-5500
Facsimile: (406) 252-4613
Email:   cmatovich@mkmfirm.com
         khuso@mkmfirm.com

Karl Geercken*
Amber Wessels-Yen*
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel.: (212) 210-9400
Fax: (212) 210-9444
Email:   karl.geercken@alston.com
         amber.wessels-yen@alston.com
*Admitted Pro Hac Vice

*Attorneys for Natalia Potanina*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| In Re the Application of NATALIA POTANINA | Cause No.: CV-14-19-BLG-SPW |
| For an Order to Take Discovery Pursuant to 28 U.S.C. § 1782(a) | NOTICE OF SUPPLEMENTAL AUTHORITY |

1

Petitioner Natalia Potanina has responded to the following motion pending before the Court: Respondent Stillwater Mining Company's Motion to Vacate *Ex Parte* Order and Quash or Stay Subpoena.

Pursuant to Local Rule 7.4, Mrs. Potanina now writes to advise the Court of the Second Circuit's decision in *Brandi-Dohrn v. IKB Deutsche Industriebank AG*, 673 F.3d 77 (2d Cir. 2012), which constitutes significant and pertinent authority related to the unpublished *In re App. of Parmalat Brasil S.A.*, No. 11-Misc-00077 (S.D.N.Y. 2011) decision cited for the first time by Respondent Stillwater Mining Company at page 6 of its April 4, 2014, Reply Memorandum of Law, and attached as exhibit A thereto.

DATED this 7th day of April, 2014.

        **MATOVICH, KELLER & MURPHY, P.C.**

By: /s/ Carey E. Matovich
    Carey E. Matovich
    Katherine S. Huso
    MATOVICH, KELLER & MURPHY, P.C.

    Karl Geercken*
    Amber Wessels-Yen*
    ALSTON & BIRD LLP
    *Admitted Pro Hac Vice*

    *Attorneys for Natalia Potanina*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2014, a copy of the foregoing was served on the following persons by the following means:

| 1, 2, 3 | CM/ECF | | Fax |
|---|---|---|---|
| | Hand Deliver | | E-Mail |
| | Mail | | Overnight Delivery services |

**1.**   **Clerk, U.S. District Court**

**Attorneys for Stillwater Mining Company**

**2.**   Jason S. Ritchie
   Michael P. Manning
   HOLLAND & HART, LLP
   401 North 31st Street, Suite 1500
   P.O. Box 639
   Billings, MT 59103-0639
   Telephone: (406) 252-2166
   jritchie@hollandhart.com
   mpmanning@hollandhart.com

**3.**   Steven S. Michaels*
   Yeugenia Shvets*
   DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
   New York, NY 10022
   Telephone: (212) 909-7265
   ssmichaels@debevoise.com
   jshvets@debevoise.com
   Admitted *Pro Hac Vice*

   **MATOVICH, KELLER & MURPHY, P.C.**

   By: /s/ Carey E. Matovich
      Carey E. Matovich
      Katherine S. Huso
      MATOVICH, KELLER & MURPHY, P.C.

Karl Geercken*
Amber Wessels-Yen*
ALSTON & BIRD LLP
*Admitted Pro Hac Vice

*Attorneys for Natalia Potanina*