IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| In Re the Application of NATALIA POTANINA<br><br>For an Order to Take Discovery<br><br>Pursuant to 28 U.S.C. § 1782(a) | CV 14-19-BLG-SPW<br><br>ORDER |

For the reasons stated in the Court's prior Order,

IT IS HEREBY ORDERED that this matter is referred to United States Magistrate Judge Carolyn S. Ostby for the limited purpose of conducting a formal settlement conference.

The Clerk of Court shall immediately notify the parties and Judge Ostby of the entry of this Order.

DATED this 15th day of April, 2014.

SUSAN P. WATTERS
United States District Judge