## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| In Re the Application of NATALIA POTANINA | CV-14-19-BLG-SPW |
| For an Order to Take Discovery | **ORDER SETTING SETTLEMENT CONFERENCE** |
| Pursuant to 28 U.S.C. § 1782(a) | |

**IT IS ORDERED** that the undersigned will conduct a settlement conference in the above-captioned case on **Tuesday, May 20, 2014, at 9:00 a.m.,** at the James F. Battin Federal Courthouse, 2601 2nd Avenue North, Billings, Montana.  Counsel and the parties must report to the Ella Knowles Courtroom on the 4th floor.

It is the responsibility of counsel to ensure that each named party **with ultimate settlement authority** is immediately available by phone at all times during the settlement conference.  The person with ultimate settlement authority must be knowledgeable about the facts of the case and have the discretion to alter the party's settlement position based on discussion and negotiation at the settlement conference.

Prior to the in-person settlement conference, lead counsel for each party must participate in the Court in a telephonic conference on **Tuesday, May 6, 2014, at 4:30 p.m., M.D.T.**

**IT IS FURTHER ORDERED** that on or before **12:00 p.m. on Monday, May 5, 2014,** the respective parties shall email to Judge Ostby, using the Court's proposed order email as provided in the Local Rules, a confidential settlement statement setting forth:

1. the names of all persons who will attend and participate in the conference on behalf of the named party, and identification of the person(s) with ultimate settlement authority;

2. a recitation of the facts (parties need not repeat what is in the Court's record but may refer to pertinent documents and supplement the record with any additional pertinent facts);

3. a discussion of the strengths and weaknesses of the case;

4. a report on settlement efforts to date; and

5. any and all further information the parties believe will be helpful to the undersigned in conducting the mediation.

The brochures shall not be exchanged among the parties nor become part of the formal court record.

DATED this 28th day of April, 2014.

/s/ Carolyn S. Ostby
United States Magistrate Judge