IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAY 13 2014
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| In Re the Application of NATALIA POTANINA<br><br>For an Order to Take Discovery<br><br>Pursuant to 28 U.S.C. § 1782(a) | CV 14-19-BLG-SPW<br><br>ORDER |

This Court will conduct a hearing regarding the scope of Petitioner Natalia Potanina's discovery requests on June 12, 2014 at 1:30 p.m. in the Snowy Mountains Courtroom at the James F. Battin Courthouse, Billings, Montana.

DATED this 13th day of May, 2014.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge