

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| In Re the Application of NATALIA POTANINA<br><br>For an Order to Take Discovery<br><br>Pursuant to 28 U.S.C. § 1782(a) | CV 14-19-BLG-SPW<br><br>ORDER |

The Court previously set a hearing on this case for Thursday, June 12, 2014 to discuss the scope of Petitioner Natalia Potanina's discovery requests. After a phone conference with counsel, the Court believes that prehearing submissions from both parties would be helpful.

IT IS ORDERED that each party may file a single brief addressing two issues: (1) the scope of Petitioner's discovery requests; and (2) the scope of any protective order regarding the confidentiality of documents produced by the Stillwater Mining Company. Discussion is limited to ten pages as to the first issue and five pages as to the second issue. The briefs are due by Tuesday, June 10, 2014.

DATED this 5th day of June, 2014.

SUSAN P. WATTERS
United States District Judge