IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
JUN 13 2014
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| In Re the Application of NATALIA POTANINA<br><br>For an Order to Take Discovery<br><br>Pursuant to 28 U.S.C. § 1782(a) | CV 14-19-BLG-SPW<br><br>ORDER |

On June 12, 2014, counsel for Petitioner Natalia Potanina and Respondent Stillwater Mining Company appeared before this Court to discuss both the scope of the Petitioner's discovery requests and language of the corresponding protective order. After hearing the arguments of counsel, IT IS HEREBY ORDERED that the discovery requests and the content of the protective order are modified as stated in open court.

DATED this 12th day of June, 2014.

SUSAN P. WATTERS
United States District Judge